**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

ROY SHELTON                                                                            PLAINTIFF

v.                           No. 4:17-CV-00061-SWW-PSH

NANCY A. BERRYHILL,
Acting Commissioner,
Social Security Administration                                    DEFENDANT

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Patricia Harris. No objections have been filed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT the Commissioner's decision is AFFIRMED, and Plaintiff Roy Shelton's Complaint (*Doc. 1*) is DISMISSED with prejudice.

DATED this 3rd day of April, 2018.

                                                             /s/Susan Webber Wright
                                                UNITED STATES DISTRICT JUDGE