IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

ROY SHELTON                                                           PLAINTIFF

v.                        No. 4:17-CV-00061-SWW-PSH

NANCY A. BERRYHILL,
Acting Commissioner,
Social Security Administration                              DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

DATED this 3rd day of April, 2018.

                                                /s/Susan Webber Wright
                                                UNITED STATES DISTRICT JUDGE